916

Appeal No. 75-81. FREDERICK WILFRED MILLET *et al. v.* HOISTING ENGINEERS' LICENSING DIVISION OF THE DEPARTMENT OF LABOR, STATE OF RHODE ISLAND *et al.* Motion of plaintiffs to assign case for oral argument is denied as being moot. *Lavine and Sutherland, Joseph DiGianfiloppo,* for plaintiffs. *Julius C. Michaelson,* Attorney General, *W. Kenneth O'Donnell,* Special Asst. Attorney General, for defendant.

Appeal Nos. 75-263, 264. ANTHONY DeNUCCI *v.* DONALD FERRY *et al.* Motion of plaintiff to join in the brief of Francis A. Lukasiewicz and Philomena Lukasiewicz is granted. *Gilbert V. Indeglia,* for plaintiff. *Vincent A. Ragosta,* for defendants.

Appeal No. 75-296. BERTHA D. EVANS, *individually and on behalf of* JOHN J. EVANS, III, AND NICOLE EVANS *v.* FRANK LIGUORI *et al.* Motion of defendants to affirm the judgment below and their motion to compel the plaintiff to comply with Rule 16 are denied.

Plaintiff is directed to specify whether or not she is seeking relief against all of the defendants named in this case. If relief is not sought against all defendants, plaintiff is ordered to dismiss her appeal insofar as the unnecessary defendants are concerned. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Milton Stanzler, Jordan Stanzler, Howard I. Lipsey,* for plaintiff. *Frank S. Cappuccio, Hanson, Curran, Bowen & Parks, David P. Whitman, Keenan, Rice, Dolan, Reardon & Kiernan, Leonard A. Kiernan, Jr.,* for defendants.

Appeal No. 76-66. GEORGE E. GALE, III *et al. v.* FELECIEN PONCELET. Motion of A. Lauriston Parks, of Hanson, Curran, Bowen & Parks, to withdraw as attorney for the plaintiffs is granted. *Richard B. Carpenter,* for plaintiffs.